**Order entered March 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01222-CV

## IN THE INTEREST OF D.C. AND Q.C., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01053-2013**

## ORDER

Before the Court is appellant's March 10, 2015 motion for extension of time to file the clerk's and reporter's records and for sanctions. The cost of the clerk's record is $1,784 and the cost of the reporter's record is $1,441.50. We **GRANT** the motion **TO THE EXTENT** that we **ORDER** appellant to pay or make satisfactory arrangements to pay the required fees **WITHIN 90 DAYS OF THE DATE OF THIS ORDER**.

We **ORDER** Andrea Stroh Thompson, Collin County District Clerk, to file, by **JUNE 29, 2015**, either the clerk's record or written verification regarding whether appellant has paid or made satisfactory arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 35.3(a).

We **ORDER** Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, to file, by **JUNE 29, 2015**, either the reporter's record or written verification regarding whether appellant has paid or made satisfactory arrangements to pay for the reporter's record. *See* TEX. R. APP. P. 35.3(b).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Andrea Stroh Thompson, Shawn Gant, appellant, and counsel for appellee.

/s/     ELIZABETH LANG-MIERS
          JUSTICE